UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-1764-CJC (SP) | Date | February 6, 2014 |
|---|---|---|---|
| Title | QUIANA MAILLIE FARROW v. PATTON STATE HOSPITAL'S EXECUTIVE DIRECTOR, et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): | |
| None Appearing | None Appearing | |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On September 27, 2013, plaintiff Quiana Maillie Farrow, a California prisoner proceeding pro se, lodged a civil rights complaint pursuant to 42 U.S.C. § 1983. Her complaint alleged that staff at Patton State Hospital used excessive force and were deliberately indifferent to her medical needs and safety. On October 28, 2013, this court, having completed screening of the complaint, dismissed it with leave to file a First Amended Complaint by November 27, 2013. On November 27, 2013, plaintiff moved for an extension of time to file her First Amended Complaint. The court granted plaintiff's request on December 9, 2013 and ordered that her First Amended Complaint be filed by January 13, 2014. More than three weeks have passed beyond this deadline and the court has not received a First Amended Complaint or any other communication from plaintiff.

Accordingly, within **twenty-one (21)** days of the date of this Order, that is, by **February 27, 2014**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff is cautioned that her failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice. In the event plaintiff wishes to voluntarily dismiss this action, plaintiff may complete and return the enclosed Notice of Dismissal form by February 27, 2014.

If plaintiff files a First Amended Complaint by **February 27, 2014**, this Order to Show Cause will be automatically discharged, and plaintiff need not respond to it separately.