JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUIANA MAILLIE FARROW, | ) Case No. ED CV 13-1764-CJC (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| PATTON STATE HOSPITAL'S EXECUTIVE DIRECTOR, et al., | ) |
| Defendants. | ) |

    Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

    IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: March 20, 2014

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE